**Opinion issued October 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00015-CV

———————————

## IN RE LORENA RUBY CASTILLO AND DONALD PHILLIPS, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Lorena Ruby Castillo and Donald Phillips, have filed a petition for writ of mandamus, challenging the portions of the trial court's August 29, 2013 order appointing the Department of Family and Protective Services as temporary managing conservator of, and denying Castillo and Phillips possession of and access to, Castillo's child, I.T., and relators' children, L.P. and D.P.[1]

---

[1]  The underlying cases, which were combined for purposes of the adversary hearing in the trial court, are *In the Interest of [M.T.] and [I.T.], Children*, cause numbers

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

2000-03439, and In the Interest of [D.P.] and [L.P.], Children, and In the Interest of [D.P.] and [L.P.], Children, cause number 2013-34541, pending in the 246th District Court of Harris County, Texas, the Hon. James York presiding.